IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-03316-RBJ-MEH

STEFAN MOTON,

    Plaintiff,

v.

CENTURY THEATRES, INC.,

    Defendant.

---

ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Consolidate. The Court, having reviewed the Motion and being otherwise advised in the premises, **FINDS** good cause for consolidation of this case with the related cases for purposes of discovery and motions practice. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that this case be consolidated with the following cases for purposes of discovery and motions practice: *Traynom*, 1:12-cv-02514; *Nowlan*, 1:12-cv-02517; *Rosborough*, 1:12-cv-02687; *Jackson*, 1:12-cv-02704; *Medek*, 1:12-cv-02705; *Sullivan*, 1:12-cv-02900; *Spruel,* 1:13-cv-00045; *Gravelly*, 1:13-cv-00046; *Johnson*, 1:13-cv-00114; and *Golditch*, 1:13-cv-01842; *Moser,* 1:13-cv-01995; *Brooks,* 1:13-cv-02060; *Larimer,* 1:13-cv-02239; *Gallup,* 1:13-cv-02988; *Brooke Cowden, Kristian Cowden and Weston Cowden,* 1:13-cv-02992.

All motions, notices, and other filings related to the consolidated action shall be filed in the lowest-numbered case, *Traynom*, 1:12-cv-02514. Orders issued therein shall constitute the law of the case, applicable to all of the related cases consolidated through this order. Also, orders issued in *Traynom*, 1:12-cv-02514, prior to the date of this Order will apply equally to Plaintiff Stefan Moton.

DATED this 12th day of December, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge